FILED

11/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0377

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0377

STATE OF MONTANA,

      Plaintiff and Appellee,

   v.

BRANDON ANTHONY PERESSINI,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including January 4, 2024, within which to prepare, file, and serve the State's response brief.

**CH**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 28 2023